UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| SALLYE LEBLEU, ET AL. | : | DOCKET NO. 05-2192 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| YUM BRANDS, INC. | : | MAGISTRATE JUDGE WILSON |

**ORDER**

Louisiana Workers' Compensation Corporation has intervened in this matter, without opposition. Parties are granted 10 calendar days from today to address what effect the intervention had on the court's subject matter jurisdiction. *See*, 28 U.S.C. § 1367(b); *State National Insurance Co., Inc. v. Yates*, 391 F.3d 577, 579-580 (5th Cir. 2004); *Development Finance Corp. v. Alpha Housing & Health Care, Inc.*, 54 F.3d 156 (3rd Cir. 1995); *Dushane v. Gallagher Kaiser Corp.*, 2005 WL 1959151, Civil Action Number 05-0171 (W.D. La. 8/10/05); and *MCI Telecommunications Corp. v. Logan Group, Inc.*, 848 F.Supp. 86 (N.D. Tex. 1994).

IT IS SO ORDERED.

THUS DONE AND SIGNED in chambers at Lake Charles, Louisiana, this 23rd day of May, 2006

.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE